## ANCHOR WALL SYSTEMS, INC., Plaintiff–Appellee,

v.

## ROCKWOOD RETAINING WALLS, INC., GLS Industries, Inc., Equipment, Inc., Raymond R. Price, and Gerald P. Price, Defendants–Appellants.

No. 2009–1351.

United States Court of Appeals, Federal Circuit.

July 2, 2009.

J. Derek Vandenburgh, Carlson, Caspers, Vandenburgh, Minneapolis, MN, for Plaintiff–Appellee.

Jonathan E. Singer, Fish & Richardson, P.C., Minneapolis, MN, for Defendants–Appellants.

## ON MOTION

### ORDER

Upon consideration of the parties' joint motion to remand this case, *Anchor Wall v. Rockwood Retaining,* to the United States District Court for the District of Minnesota, no. 99–CV–1356, for further proceedings consistent with the settlement agreement reached by the parties,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.